# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Kristine Smiley
Tierney and Smiley, LLC
11606 Southfork Dr., Suite 104
Baton Rouge LA 70816


**REHEARING ACTION: June 23, 2010**


**Docket Number: 09   01424-WCA**

**ANGELA LEONARDS**
**VERSUS**
**CARMICHAEL'S CASHWAY PHARMACY, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 07-05204**


**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carmichael's Cashway Pharmacy, Inc. and Louisiana**

**Retailers Mutual Insurance Company** has this day been

    **DENIED.**


cc: Michael Benny Miller, Counsel for the Appellee